Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __Texas__

__Galveston__ Division

United States Courts
Southern District of Texas
**F I L E D**

APR - 6 2022

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| Nathan Charles Hunt<br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>President Joseph Robinette Biden's Administration ET ALL;<br>President Barrack Obama's 1st Administration<br>Naval Criminal Investigative Service / Department of the Navy<br>Department of Homeland Security / ~~Secret Service~~ NH<br>North American Aerospace Defense<br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nathan C Hunt |
   | Street Address | 480 W Bay Area Blvd #334 |
   | City and County | Webster, Harris County |
   | State and Zip Code | Texas 77598 |
   | Telephone Number | (281) 932-3510 |
   | E-mail Address | Nathanhunt377@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name  President Joseph Robinette Biden Jr.'s Administration (term 2020-2024)
Job or Title (if known)  President of the United States of America and Administration
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 2

Name  Barack Hussein Obama II's Administration (term 2009-2013)
Job or Title (if known)  President of the United States and Administration (term 09-13)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3

Name  North American Aerospace Defense (NORAD)
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name  Department of Homeland Security ~~Secret Service~~
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. ~~1~~ 5
    Name: Naval Criminal Investigative Service ~~Service~~
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. ~~2~~ 6
    Name: Department of the Navy
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: ~~Secret Service~~
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Violations of the following Constitutional Amendments 1st Amendment, 5th Amendment, 6th 6th Amendment, 10th Amendment, 8th Amendment, 4th Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Nathan C. Hunt, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

Page 3 of 5

b.  If the defendant is a corporation

The defendant, (name) President Joseph ~~Joseph~~ Joseph Robinette Biden Jr's Administration ET ALL, is incorporated under the laws of the State of (name) United States of America, and has its principal place of business in the State of (name) United States of America.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violations of Civil Rights, Negligence, Pain/Suffering/trauma, Medical Bills, Property Loss, Income Loss, Expense Reinbursments, Possibly More to Come.

The President of the United States used Military Equipment to cause All of the Above. This case involves Classified information at a Top Secret Level.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

order Defendant to pay $ 500,000,000 in Damages as well as Any Criminal Charges that Apply to Defendents in this case.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   4/6/2022

Signature of Plaintiff   *Nathan H*
Printed Name of Plaintiff   Nathan C Hunt

**B.    For Attorneys**

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____