United States District Court
Southern District of Texas
**ENTERED**
August 04, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| NATHAN CHARLES HUNT | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:22-cv-109 |
| | § | |
| PRESIDENT JOSEPH ROBINETTE | § | |
| BIDEN JR.'S ADMINISTRATION, | § | |
| *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The plaintiff has notified the court that he no longer wishes to prosecute the above-styled case. Dkt. 4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is dismissed without prejudice.

Signed on Galveston Island this 4th day of August, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE